# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>NIKOLAS DELAROSA and GERARDO MORENO,<br><br>             Defendants. | 2:17-cr-00169-KJD-VCF<br>**ORDER**<br><br>MOTION TO COMPEL [ECF NO. 97], MOTION FOR JOINDER [ECF NO. 100], MOTION TO WITHDRAW [ECF NO. 103] |

       Before the Court are Defendant Nikolas Delarosa's Motion to Compel Production of Discovery (ECF No. 97) and Motion to Withdraw Motion to Compel Production of Discovery (ECF No. 103) and Defendant Gerardo Moreno's Motion for Joinder to Motion to Compel Production of Discovery (ECF No. 100). For the reasons discussed below, the motion to withdraw is granted and the motion to compel and joinder are denied as moot.

       On July 9, 2018, Delarosa filed a motion to compel discovery. (ECF No. 97). On July 24, 2018, Moreno filed a motion to join the motion to compel. (ECF No. 100). On July 30, 2018, Delarosa filed a motion to withdraw the motion to compel because an offer from the Government would "likely resolve Mr. Delarosa's pending case and prevent trial, thereby negating the need for further trial discovery." (ECF No. 103). The time to file a response to the motion to withdraw has passed, and no party filed an opposition.

       "The failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion." LCR 47-3. Because no party file an opposition to the motion to withdraw the motion to compel, all parties have consented to the withdrawal of the motion. Therefore,

1 Delarosa's motion to withdraw his motion to compel will be granted. The motion to compel and the motion to join the motion to compel are denied as moot.

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Nikolas Delarosa's Motion to Withdraw Motion to Compel Production of Discovery (ECF No. 103) is GRANTED.

IT IS ALSO ORDERED that Defendant Nikolas Delarosa's Motion to Compel Production of Discovery (ECF No. 97) is DENIED as moot.

IT IS ALSO ORDERED that Defendant Gerardo Moreno's Motion for Joinder to Motion to Compel Production of Discovery (ECF No. 100) is DENIED as moot.

DATED this 14th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE